PROB 12A
(NYEP-11/25/02)

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

NOV 2 8 2007

Eric Harmon
Central Islip, NY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC - 6 2007 ★

**Name of Offender:** **Jean Sereme**          **Case Number:** **00-CR-1274(S-3)-14**

**Name of Sentencing Judicial Officer:** **The Honorable John Gleeson, U.S. District Judge**

**Date of Original Sentence:** **March 7, 2003**

**Original Offense:** **Health Care Fraud, in violation of 18 U.S.C. 1347, a Class C Felony**

**Original Sentence:** **Five (5) years probation, with the following special conditions: five (5) months home confinement with electronic monitoring; 100 hours of community service; restitution in the amount of $3,160.39 to be paid at a rate of 10% of the defendant's net monthly income; full financial disclosure and a $100 special assessment fee.**

**Type of Supervision:** **Probation**          **Date Supervision Commenced:** **March 7, 2003**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**

1.          Failure to submit monthly supervision report forms.

**U.S. Probation Officer Action:**

Based on the offender's apparent compliance with the conditions of his supervision over at least an eighteen month period, he was placed in the Phase II Administrative Unit on November 2, 2006. A requisite of the Phase Unit mandates the submission of monthly supervision report forms in a timely fashion. The offender has on at least three occasions either failed to submit the reports or they were received after the monthly deadline. Consequently, the supervision of the offender will be returned to a traditional supervision unit for more intense monitoring. The Probation Department submits this report to Your Honor for informational purposes and we respectfully recommend no further action at this time.

Respectfully submitted by,

Eric Harmon
Senior U.S. Probation Officer
Date: 11/26/2007

Approved by,

David J. Washington
Supervising U.S. Probation Officer
Date: 11/26/2007

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

s/John Gleeson
Signature of Judicial Officer

12-4-07
Date